

FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO IVAN AGUILAR-QUINONES,<br><br>　　　　　Defendant. | Case No.  CR 04-00257-DDP<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

### I.

Defendant Pedro Ivan Auilar-Quinones ("Defendant") was arrested in the District of South Carolina on the outstanding warrant issued in this district. On March 4, 2016, Defendant made his initial appearance in the District of South Carolina at which time, Defendant waived his rights to an identity hearing, a preliminary hearing and a detention hearing.

1  On March 21, 2016, Defendant appeared before the Court for initial
2 appearance in this district on the petition and warrant for revocation of supervised
3 release in the above-referenced matter.
4  Defendant was represented by Deputy Federal Public Defender Rachel
5 Rossi.
6  The Court has reviewed the Pretrial Services Report and its recommendation
7 of detention, the allegations in the Violation Petition and the Government's
8 Request for Detention. Defendant submits on the issue of detention.
9  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §
10 3143(a) following Defendant's arrest for alleged violation(s) of the terms of
11 Defendant's ☐ probation / ☒ supervised release,
12  The Court finds that :
13  A.  ☒  Defendant has not carried his burden of establishing by clear
14 and convincing evidence that Defendant will appear for further proceedings as
15 required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
16   ☒  Lack of sufficient bail resources
17   ☒  No stable residence or employment
18   ☒  Previous failure to appear or <u>violations of probation, parole, or</u>
19     <u>release</u>
20   ☒  Allegations in petition which include reentry into the United
21     States following deportation and without permission; and no
22     legal status in the United States
23   ☒  substance abuse history
24   ☒  use of multiple aliases and dates of birth
25  B.  ☒  Defendant has not carried his burden of establishing by clear
26 and convincing evidence that Defendant will not endanger the safety of any other
27 person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based
28 on:

☒ Extensive criminal history

☒ Substance abuse history

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: March 21, 2016

```
              /s/
```
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE